# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JERRY SUNDHEIM, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>JLG INDUSTRIES, INC., a Pennsylvania Corporation,<br><br>Defendant. | CV-17-02-GF-BMM<br><br>**ORDER** |

Defendant has moved for an order allowing Douglas W. Robinson, Esq. and Naoki S. Kaneko, Esq. to appear *pro hac vice* in this case with Gary M. Zadick of Ugrin, Alexander, Zadick & Higgins, P.C, Great Falls, Montana, designated as local counsel. The applications of Mr. Robinson and Mr. Kaneko appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. Robinson and Mr. Kaneko to appear on its behalf (Docs. 19 and 20) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Robinson and Mr. Kaneko must each do his own work. Each must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Robinson and Mr. Kaneko; it is not an admission of the Shook, Hardy & Bacon law firm.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 20th day of April, 2017.

Brian Morris
United States District Court Judge