# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| JEREMY SUNDHEIM, a married individual,<br><br>        Plaintiff,<br><br>vs.<br><br>JLG INDUSTRIES, INC., a Pennsylvania Corporation,<br><br><br>        Defendant. | Case No. 4:17-cv-00002-BMM<br><br>Judge: Hon. Brian M. Morris<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |

Having considered the Stipulation entered into between Plaintiff Jeremy Sundheim and Defendant JLG Industries, Inc., and good cause appearing, the prior Scheduling Order (ECF No. 34) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| All parties shall disclose liability experts and Plaintiffs shall disclose damages experts on or before: | March 30, 2018 | May 25, 2018 |
| Defendants shall disclose damages experts on or before: | April 27, 2018 | June 22, 2018 |
| All parties shall disclose rebuttal experts on or before: | May 18, 2018 | July 6, 2018 |

| Event | Current Date | New Date |
|---|---|---|
| Discovery shall close on: | June 22, 2018 | July 27, 2018 |
| Discovery motions, with supporting briefs, shall be filed no later than 10 days following the moving party's compliance with Fed. R. Civ. P. 26(c) or 37(a)(3).<br><br>All pretrial motions, other than discovery motions, to include motions for summary judgment and motions in limine, shall be filed and fully briefed on or before: | August 24, 2018 | September 21, 2018 |
| A status conference and hearing on all pending motions shall be held on: | September 20, 2018, at 1:30 p.m. | October 4, 2018, at 10:00 a.m. |
| The parties shall participate in an attorneys' conference to discuss the final pretrial order on or before: | October 5, 2018 | October 15, 2018 |
| The parties shall submit a proposed final pretrial order on or before: | October 19, 2018 | October 25, 2018 |
| A final pretrial conference shall be held at the Missouri River Courthouse in Great Falls, Montana, on: | November 1, 2018, at 1:30 p.m. | unchanged |

| Event | Current Date | New Date |
|---|---|---|
| Trial briefs (optional), proposed jury instructions and a proposed verdict form shall be filed on or before: | November 1, 2018 | unchanged |
| A Jury Trial (6-member; 4 days) shall commence at the Missouri River Courthouse in Great Falls, Montana, on: | November 13, 2018, at 9:00 a.m. | unchanged |

DATED this 21st day of March, 2018.

_Brian Morris_

Brian Morris
United States District Court Judge