UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEREMY SUNDHEIM, a married individual;<br><br>               Plaintiff,<br><br>    v.<br><br>JLG INDUSTRIES, INC., a Pennsylvania Corporation,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 4:17-cv-00002-BMM<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice ("Motion"), (ECF NO.44); the Court having considered the Motion and all pleadings and papers of record; the Court being fully advised in the premises and the parties having shown good cause;

IT IS HEREBY ORDERED:

1.     The Stipulated Motion to Dismiss with Prejudice is GRANTED.

2.     This action is hereby dismissed with prejudice and without fees and costs to either party.

DATED this 15th day of May, 2018.

Brian Morris
United States District Court Judge